IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-287-D

| | | |
|---|---|---|
| COLOR MASTERS PAINTING, INC., and ZEBULON Z. HADLEY, IV, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| BALBOA CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

Plaintiffs' motion to amend plaintiffs' first amended complaint and answer [D.E. 29] is GRANTED. Defendant's motion for judgment on the pleadings [D.E. 32] is DENIED. Whether plaintiffs will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 10 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge